```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 06113
   KIMBERLY A DEIBLER
   PETER M DEIBLER                            CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-8780    SSN XXX-XX-8361

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/26/06 and confirmed on 10/27/06.

     2.  The case was converted to Chapter 7 after confirmation, 03/27/2007.

     3.  The Debtor paid a total of $   4906.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE BANK OF THE LAKES | CURRENT MORTG | .00 | .00 | .00 |
| TINA RYGIEL | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT COMMUNICATIONS | UNSECURED | 659.76 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 18217.71 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 438.01 | .00 | .00 |
| B REAL LLC | UNSECURED | 23502.22 | .00 | .00 |
| B REAL LLC | UNSECURED | 23212.40 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18491.78 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2998.55 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 12350.37 | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1287.15 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 102.81 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 986.30 | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KOHLS | UNSECURED | 1603.06 | .00 | .00 |
| CHASE BANK | UNSECURED | 10326.64 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 5957.90 | .00 | 4425.95 |
| STATE BANK OF THE LAKES | SECURED | 400.00 | .00 | 234.75 |

```
           Summary of disbursements:
------------------------------------------------------------------------------
           SECURED      PRIORITY      UNSECURED       OTHER         TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       6357.90            .00      114176.76           .00     120534.66
PRINCIPAL PAID           4660.70            .00            .00           .00       4660.70
INTEREST PAID                .00            .00            .00           .00            .00
TOTAL PAID               4660.70            .00            .00           .00       4660.70
```
The Debtor's attorney, GARY N FOLEY                   , was allowed $   3000.00
and was paid $     626.00   direct and $       .00   through the plan.

The Trustee received $     245.30 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/27/07                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 06 B 06113 KIMBERLY A DEIBLER & PETER M DEIBLER