UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
DEIBLER, KIMBERLY A § Case No. 06-06113
DEIBLER, PETER M §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter   of the United States Bankruptcy Code on
    . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 06-06113 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | Date Filed (f) or Converted (c): | 05/26/06 (f) |
| | DEIBLER, PETER M | 341(a) Meeting Date: | 05/07/07 |
| For Period Ending: | 12/09/10 | Claims Bar Date: | 10/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 260,000.00 | 30,000.00 | | 0.00 | 0.00 |
| 2. CHECKING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. BOOKS, PICTURES | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 2,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 7. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. VEHICLE | 9,900.00 | 4,000.00 | | 0.00 | 0.00 |
| 9. BOAT | 820.00 | 0.00 | | 0.00 | 0.00 |
| 10. PROPERTY TAXES (u) | 4,400.00 | 4,000.00 | | 4,425.95 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.03 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $281,820.00 | $39,000.00 | | $4,432.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF HOUSE.  THIS IS A CONVERTED CHAPTER 13.  TRUSTEE RECEIVED REAL ESTATE TAX ESCROW FROM COUNTY OF LAKE.  TRUSTEE TO DRAFT FINAL REPORT.

Initial Projected Date of Final Report (TFR): 06/30/09      Current Projected Date of Final Report (TFR): 04/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-06113 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | Account Number / CD #: | *******6980  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5090 | | |
| For Period Ending: | 12/09/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/08 | 10 | ROBERT SKIDMORE, COUNTY COLLECTOR | | 1290-000 | 4,425.95 | | 4,425.95 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.91 | | 4,426.86 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.55 | | 4,427.41 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.55 | | 4,427.96 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.56 | | 4,428.52 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.56 | | 4,429.08 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.55 | | 4,429.63 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.43 | | 4,430.06 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.36 | | 4,430.42 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 4,430.65 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,430.69 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,430.72 |
| 02/28/09 | 000301 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.64 | 4,427.08 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,427.12 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,427.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,427.33 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,427.45 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,427.56 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,427.67 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,427.78 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,427.89 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,428.00 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,428.11 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,428.22 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,428.32 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.26 | 4,423.06 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,423.18 |

FORM 2

Page: 2
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06113 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DEIBLER, KIMBERLY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | | Account Number / CD #: | *******6980 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5090 | | | |
| For Period Ending: | 12/09/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.29 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.40 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.51 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,423.74 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.85 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,423.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,424.08 |

| Account *******6980 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 4,425.95 | 2 | Checks | 8.90 |
| 32 | Interest Postings | 7.03 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 4,432.98 | | | |
| | | | | Total | $ 8.90 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 4,432.98 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.20

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06113 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DEIBLER, KIMBERLY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | | Account Number / CD #: | *******6980 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5090 | | | |
| For Period Ending: | 12/09/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06113 | | Page 1 | | | Date: December 09, 2010 |
| Debtor Name: | DEIBLER, KIMBERLY A | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Unsecured | | $12,350.37 | $0.00 | $12,350.37 |
| 000002 070 7100-00 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Unsecured | | $438.01 | $0.00 | $438.01 |
| 000003 070 7100-00 | Chase Bank USA NA Circuit City Visa Co-Brand Classic P O Box 100018 Kennesaw, GA 30159-9104 | Unsecured | | $10,326.64 | $0.00 | $10,326.64 |
| 000004 070 7100-00 | eCAST Settlement Corporation P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | Unsecured | | $986.30 | $0.00 | $986.30 |
| 000005 070 7100-00 | Kohl's Department Store c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | | $1,603.06 | $0.00 | $1,603.06 |
| 000006 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $18,217.71 | $0.00 | $18,217.71 |
| 000007 070 7100-00 | Sprint Spectrum LP DBA Sprint PCS M/S KSOPHT0101-Z2850 6391 Sprint Parkway Overland Park, KS 66251-2850 | Unsecured | | $659.76 | $0.00 | $659.76 |
| 000008 070 7100-00 | eCAST Settlement Corp./Chase Bank USA N A POB 35480 Newark NJ 07193-5480 | Unsecured | | $18,491.78 | $0.00 | $18,491.78 |
| 000009 070 7100-00 | B-Real, LLC/Chase Bank USA, N.A. Mail Stop 550 2101 Fourth Ave., Suite 1030 Seattle, WA, 98121 | Unsecured | | $23,212.40 | $0.00 | $23,212.40 |
| 000010 070 7100-00 | B-Real, LLC/Chase Bank USA, N.A. Mail Stop 550 2101 Fourth Ave., Suite 1030 Seattle, WA, 98121 | Unsecured | | $23,502.22 | $0.00 | $23,502.22 |
| 000011 070 7100-00 | Chase Bank USA N A by eCAST Settlement Corporation as its agent POB 35480 Newark NJ 07193-5480 | Unsecured | | $2,998.55 | $0.00 | $2,998.55 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06113 | Page 2 | | Date: December 09, 2010 |
| Debtor Name: | DEIBLER, KIMBERLY A | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | eCAST Settlement Corp./HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | Unsecured | | $1,287.15 | $0.00 | $1,287.15 |
| 000013 070 7100-00 | eCAST Settlement Corp./Household Bank P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | Unsecured | | $102.81 | $0.00 | $102.81 |
| 000015 070 7100-00 | Vista Medical Center c/o Michael I. Mossman, Attorney at Law P.O. Box 330129 Nashville, TN 37203-7501 | Unsecured | | $1,203.66 | $0.00 | $1,203.66 |
| 000016 070 7100-00 | LVNV Funding LLC /assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $9,386.20 | $0.00 | $9,386.20 |
| 000017 070 7100-00 | LVNV Funding LLC assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $4,285.34 | $0.00 | $4,285.34 |
| 000014 050 4110-00 | State Bank of the Lakes 440 West Lake Street Antioch, IL 60072 | Secured | | $175,896.05 | $0.00 | $175,896.05 |
| | Case Totals: | | | $304,948.01 | $0.00 | $304,948.01 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-06113
Case Name: DEIBLER, KIMBERLY A
          DEIBLER, PETER M
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Discover Bank/Discover Financial Services* | $ | $ |
| *000002* | *Capital One Bank* | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA NA | $ | $ |
| 000004 | eCAST Settlement Corporation | $ | $ |
| 000005 | Kohl's Department Store | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ |
| 000007 | Sprint Spectrum LP DBA Sprint PCS | $ | $ |
| 000008 | eCAST Settlement Corp./Chase Bank | $ | $ |
| 000009 | B-Real, LLC/Chase Bank USA, N.A. | $ | $ |
| 000010 | B-Real, LLC/Chase Bank USA, N.A. | $ | $ |
| 000011 | Chase Bank USA N A | $ | $ |
| 000012 | eCAST Settlement Corp./HSBC Bank | $ | $ |
| 000013 | eCAST Settlement Corp./Household Bank | $ | $ |
| 000015 | Vista Medical Center | $ | $ |
| 000016 | LVNV Funding LLC /assignee of Citibank | $ | $ |
| 000017 | LVNV Funding LLC assignee of Citibank | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $       .