## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEIBLER, KIMBERLY A | § | Case No. 06-06113 |
| DEIBLER, PETER M | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 01/28/2010 in Courtroom ,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
Clerk, U. S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEIBLER, KIMBERLY A | § | Case No. 06-06113 |
| DEIBLER, PETER M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,432.98 |
| *and approved disbursements of* | $ | 8.90 |
| *leaving a balance on hand of*[1] | $ | 4,424.08 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 1,108.25 | $ 11.20 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,051.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ 12,350.37 | $ 316.27 |
| 000002 | Capital One Bank | $ 438.01 | $ 11.22 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA NA | $ 10,326.64 | $ 264.44 |
| 000004 | eCAST Settlement Corporation | $ 986.30 | $ 25.26 |
| 000005 | Kohl's Department Store | $ 1,603.06 | $ 41.05 |
| 000006 | American Express Centurion Bank | $ 18,217.71 | $ 466.51 |
| 000007 | Sprint Spectrum LP DBA Sprint PCS | $ 659.76 | $ 16.90 |
| 000008 | eCAST Settlement Corp./Chase Bank | $ 18,491.78 | $ 473.53 |
| 000009 | B-Real, LLC/Chase Bank USA, N.A. | $ 23,212.40 | $ 594.42 |
| 000010 | B-Real, LLC/Chase Bank USA, N.A. | $ 23,502.22 | $ 601.84 |
| 000011 | Chase Bank USA N A | $ 2,998.55 | $ 76.79 |
| 000012 | eCAST Settlement Corp./HSBC Bank | $ 1,287.15 | $ 32.96 |
| 000013 | eCAST Settlement Corp./Household Bank | $ 102.81 | $ 2.63 |
| 000015 | Vista Medical Center | $ 1,203.66 | $ 30.82 |
| 000016 | LVNV Funding LLC /assignee of Citibank | $ 9,386.20 | $ 240.36 |
| 000017 | LVNV Funding LLC assignee of Citibank | $ 4,285.34 | $ 109.74 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Joseph E. Cohen_____
                                                        Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vwalker           Page 1 of 2          Date Rcvd: Jan 05, 2011
Case: 06-06113               Form ID: pdf006          Total Noticed: 47


The following entities were noticed by first class mail on Jan 07, 2011.
db/jdb      +Kimberly A Deibler,   Peter M Deibler,    36948 N Wildwood Drive,   Lake Villa, IL 60046-9330
aty          Gary N Foley,   Gary N. Foley, P.C.,    1919 Route 83,   Round Lake Beach, IL  60073
tr          +Joseph E Cohen, Tr.,   Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
10752939    +Alexian Bros.,    1650 Moon Lake Boulevard,   Hoffman Estates, IL 60169-1010
10804100     American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10752941    +Amex,   P O Box 297871,   Fort Lauderdal, FL 33329-7871
10772729    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,   c/o Tsys Debt Management,   PO Box 5155,
             Norcross, GA 30091)
10752942    +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
10752943    +Central Credit Services, Inc.,   PO Box 189,   Saint Charles, MO 63302-0189
10752944    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10886740     Chase Bank USA N A,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
10775302    +Chase Bank USA NA,   Circuit City Visa Co-Brand Classic,   P O Box 100018,
             Kennesaw, GA 30156-9204
10752945    +Chase Bank USA, NA,   Attn: Michael D. Fine,   227 West Monroe St., #2700,
             Chicago, IL 60606-5081
10752946    +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
10752947    +Citibank Usa,   Po Box 6003,   Hagerstown, MD 21747-6003
11266958    +Computer Credit Inc,   640 West Fourth Street,   P O Box 5238,   Winston Salem, NC 27113-5238
10752948    +Condell Medical Center,   97169 Eagle Way,   Chicago, IL 60678-9710
10752949    +Credit Management Services,   Bankruptcy Dept,   25 Northwest Point Blvd #750,
             Elk Grove Village, IL 60007-1058
10752950    +Credit Protection Association,   13355 Noel Road,   Dallas, TX 75240-6602
11266959     Dorian B Lasaine & Associates,   456 Fulton St,   210 Twin Towers,   Peoria, IL 61602
10752952     GC Services,   Collection Agency Division,   940 West Port Pleza Dr.,   Saint Louis, MO 63146
10752953    +Harris,   600 W Jackson Suite 700,   Chicago, IL 60661-5629
10909394    +Household Bank (SB), N.A. (Best Buy Co., Inc.),   eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
10790936    +Household Bank (SB), N.A. (Menards),   eCast Settlement Corporation,
             c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
10752955    +Hsbc/bstby,   Pob 6985,   Bridgewater, NJ 08807-0985
10752956    +Hsbc/mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
11266960    +John Leventis MD,   1170 E Belvidere Rd,   Suite 207,   Grayslake, IL 60030-2076
11266962    +McDonald Doherty & Co CPA's PC,   329 W Main St,   Barrington, IL 60010-4275
11266963    +Professional Account Services Inc,   P O Box 188,   Brentwood, TN 37024-0188
11266964    +Quill,   P O Box 94081,   Palatine, IL 60094-4081
11266965     Reddy Daram H MD,   609 N Greenwood Ave,   Waukegan, IL 60087
11266966    +Robert Baker MD Ltd,   721 N McKinley Road,   Lake Forest, IL 60045-1849
11266967    +SDS,   120 Bluegrass Valley Parkway,   Alpharetta, GA 30005-2204
10831630     Sprint Spectrum LP DBA Sprint PCS,   M/S KSOPHT0101-Z2850,   6391 Sprint Parkway,
             Overland Park, KS 66251-2850
10752959    +State Bank of the Lakes,   440 West Lake Street,   Antioch, IL 60002-1478
10752961    +Visa Credit Card Services,   225 Chastain Meadows Ct,   Kennesaw, GA 30144-5897
16010200     Vista Medical Center,   c/o Michael I. Mossman, Attorney at Law,   P.O. Box 330129,
             Nashville, TN 37203-7501
11049184     eCAST Settlement Corporation,   P.O. Box 7247-6971,   Philadelphia, PA 19170-6971
10863504     eCAST Settlement Corporation assignee of,   Chase Bank USA N A,   POB 35480,
             Newark NJ 07193-5480
10896399     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
             POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jan 05, 2011.
10876568    +E-mail/PDF: BNCEmails@blinellc.com Jan 06 2011 02:54:42     B-Real, LLC/Chase Bank USA, N.A.,
             Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10761747     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2011 03:06:23
             Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
10752951     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2011 03:06:23     Discover Fin,   Pob 15316,
             Wilmington, DE 19850
10797076    +E-mail/PDF: cr-bankruptcy@kohls.com Jan 06 2011 02:56:07     Kohl's Department Store,
             c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
10752958    +E-mail/PDF: cr-bankruptcy@kohls.com Jan 06 2011 02:56:07     Kohls/chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16091067     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10910137    +E-mail/Text: idiaz2@co.lake.il.us                      Lake County Treasuerer,
             18 North County Street,   Room 102,   Waukegan, IL 60085-4361
                                                                                       TOTAL: 7


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10752940    ##+Allied Interstate Inc,   435 Ford Rd Ste 800,   Minneapolis, MN 55426-1066
11266957    ##+BNA Financial Bureau Inc,   8000 Safari Drive,   Smyrna, TN 37167-6605
10752954    ##+Hsbc Nv,   Pob 19360,   Portland, OR 97280-0360
10752957    ##+Illinois Collection Service,   PO Box 646,   Oak Lawn, IL 60454-0646
11266961    ##+Lake County Mental Health,   3012 Grand Ave,   Waukegan, IL 60085-2321
10752960    ##+Tina Rygiel,   9878 E. Barrstow,   Beach Park, IL 60087-2471
11266968    ##+United Recovery Service LLC,   18525 Torrence Ave,   Suite C-1,   Lansing, IL 60438-2891
                                                                        TOTALS: 0, * 0, ## 7


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: vwalker          Page 2 of 2          Date Rcvd: Jan 05, 2011
Case: 06-06113               Form ID: pdf006         Total Noticed: 47
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2011**                    **Signature:**  _Joseph Speetjens_