UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
       §
DEIBLER, KIMBERLY A  §  Case No. 06-06113
DEIBLER, PETER M  §
       §
       Debtor(s)  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | STATE BANK OF THE LAKES |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000010 | B-REAL, LLC/CHASE BANK USA, N.A. | | | | | |
| 000009 | B-REAL, LLC/CHASE BANK USA, N.A. | | | | | |
| 000002 | CAPITAL ONE BANK | | | | | |
| 000011 | CHASE BANK USA N A | | | | | |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000013 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | KOHL'S DEPARTMENT STORE | | | | | |
| 000017 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000016 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000007 | SPRINT SPECTRUM LP DBA SPRINT PCS | | | | | |
| 000015 | VISTA MEDICAL CENTER | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-06113 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DEIBLER, KIMBERLY A | Date Filed (f) or Converted (c): | 05/26/06 (f) |
| | DEIBLER, PETER M | 341(a) Meeting Date: | 05/07/07 |
| For Period Ending: | 08/25/11 | Claims Bar Date: | 10/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 260,000.00 | 30,000.00 | | 0.00 | 0.00 |
| 2. CHECKING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. BOOKS, PICTURES | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. JEWELRY | 2,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 7. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. VEHICLE | 9,900.00 | 4,000.00 | | 0.00 | 0.00 |
| 9. BOAT | 820.00 | 0.00 | | 0.00 | 0.00 |
| 10. PROPERTY TAXES (u) | 4,400.00 | 4,000.00 | | 4,425.95 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.23 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $281,820.00    $39,000.00        $4,433.18    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF HOUSE.  THIS IS A CONVERTED CHAPTER 13.  TRUSTEE RECEIVED REAL ESTATE TAX ESCROW FROM COUNTY OF LAKE.  TRUSTEE TO DRAFT FINAL REPORT.  TRUSTEE HAS TO RESUBMIT HIS ASSET REPORT BECAUSE THE CLERKS OFFICE NEVER SENT A BAR NOTICE TO CREDITORS.  TRUSTEE FILED HIS FINAL REPORT WHICH IS SET FOR HEAARING ON 1/28/11.

Initial Projected Date of Final Report (TFR): 06/30/09        Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-06113 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | Account Number / CD #: | *******6980  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5090 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/08 | 10 | ROBERT SKIDMORE, COUNTY COLLECTOR | | 1290-000 | 4,425.95 | | 4,425.95 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.91 | | 4,426.86 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.55 | | 4,427.41 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.55 | | 4,427.96 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.56 | | 4,428.52 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.56 | | 4,429.08 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.55 | | 4,429.63 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.43 | | 4,430.06 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.36 | | 4,430.42 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 4,430.65 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,430.69 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,430.72 |
| 02/28/09 | 000301 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.64 | 4,427.08 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,427.12 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,427.22 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,427.33 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,427.45 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,427.56 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,427.67 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,427.78 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,427.89 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,428.00 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,428.11 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,428.22 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,428.32 |

Page Subtotals    4,431.96    3.64

Ver: 16.02b

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06113 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | Account Number / CD #: | *******6980  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5090 | | |
| For Period Ending: | 08/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.26 | 4,423.06 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,423.18 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.29 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.40 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.51 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,423.74 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.85 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,423.96 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,424.08 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,424.19 |
| 01/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 4,424.28 |
| 01/27/11 | | Transfer to Acct #*******1545 | Final Posting Transfer | 9999-000 | | 4,424.28 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 4,433.18 | 4,433.18 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,424.28 | |
| Subtotal | 4,433.18 | 8.90 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,433.18 | 8.90 | |

Page Subtotals    1.22    4,429.54

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06113 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | | Account Number / CD #: | *******1545  BofA - Checking Account |
| Taxpayer ID No: | *******5090 | | | |
| For Period Ending: | 08/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/11 | | Transfer from Acct #*******6980 | Transfer In From MMA Account | 9999-000 | 4,424.28 | | 4,424.28 |
| 02/03/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,108.25 | 3,316.03 |
| 02/03/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 11.20 | 3,304.83 |
| 02/03/11 | 003003 | Discover Bank/Discover Financial Services<br>PO Box 8003<br>Hilliard OH 43026 | Claim 000001, Payment 2.56081%<br>(1-1) Modified on 6/6/06 | 7100-000 | | 316.27 | 2,988.56 |
| 02/03/11 | 003004 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Claim 000002, Payment 2.56159% | 7100-000 | | 11.22 | 2,977.34 |
| * 02/03/11 | 003005 | Chase Bank USA NA<br>Circuit City Visa Co-Brand Classic<br>P O Box 100018<br>Kennesaw, GA 30159-9104 | Claim 000003, Payment 2.56085% | 7100-003 | | 264.45 | 2,712.89 |
| 02/03/11 | 003006 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000004, Payment 2.56109% | 7100-000 | | 25.26 | 2,687.63 |
| 02/03/11 | 003007 | Kohl's Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000005, Payment 2.56073% | 7100-000 | | 41.05 | 2,646.58 |
| 02/03/11 | 003008 | American Express Centurion Bank<br>c/o Becket and Lee LLP | Claim 000006, Payment 2.56086% | 7100-000 | | 466.53 | 2,180.05 |

Page Subtotals      4,424.28      2,244.23

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06113 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | | Account Number / CD #: | *******1545  BofA - Checking Account |
| Taxpayer ID No: | *******5090 | | | |
| For Period Ending: | 08/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/11 | 003009 | Sprint Spectrum LP DBA Sprint PCS<br>M/S KSOPHT0101-Z2850<br>6391 Sprint Parkway<br>Overland Park, KS 66251-2850<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 2.56154%<br>(7-1) Modified on 7/24/06 to<br>correct filed dated | 7100-000 | | 16.90 | 2,163.15 |
| 02/03/11 | 003010 | eCAST Settlement Corp./Chase Bank<br>USA N A<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000008, Payment 2.56087% | 7100-000 | | 473.55 | 1,689.60 |
| 02/03/11 | 003011 | B-Real, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | Claim 000009, Payment 2.56083% | 7100-000 | | 594.43 | 1,095.17 |
| 02/03/11 | 003012 | B-Real, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | Claim 000010, Payment 2.56086% | 7100-000 | | 601.86 | 493.31 |
| 02/03/11 | 003013 | Chase Bank USA N A<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000011, Payment 2.56090% | 7100-000 | | 76.79 | 416.52 |
| 02/03/11 | 003014 | eCAST Settlement Corp./HSBC Bank<br>Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000012, Payment 2.56070% | 7100-000 | | 32.96 | 383.56 |
| 02/03/11 | 003015 | United States Bankruptcy Court<br>IL | Claim 000013, Payment 2.55812%<br>eCAST Settlement Corp./Household Bank | 7100-000 | | 2.63 | 380.93 |

Page Subtotals       0.00       1,799.12

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06113 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | DEIBLER, KIMBERLY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | DEIBLER, PETER M | | Account Number / CD #: | *******1545  BofA - Checking Account |
| Taxpayer ID No: | *******5090 | | | |
| For Period Ending: | 08/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/11 | 003016 | Vista Medical Center<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000015, Payment 2.56052% | 7100-000 | | 30.82 | 350.11 |
| 02/03/11 | 003017 | LVNV Funding LLC /assignee of Citibank<br>c/o Michael I. Mossman, Attorney at Law<br>P.O. Box 330129<br>Nashville, TN 37203-7501 | Claim 000016, Payment 2.56089% | 7100-000 | | 240.37 | 109.74 |
| 02/03/11 | 003018 | LVNV Funding LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000017, Payment 2.56082% | 7100-000 | | 109.74 | 0.00 |
| * 07/11/11 | 003005 | Chase Bank USA NA<br>Circuit City Visa Co-Brand Classic<br>P O Box 100018<br>Kennesaw, GA 30159-9104 | Claim 000003, Payment 2.56085% | 7100-003 | | -264.45 | 264.45 |
| 07/11/11 | 003019 | United States Bankruptcy Court<br>IL | Claim 000003, Payment 2.56085% | 7100-001 | | 264.45 | 0.00 |

Note: column 3 row 2 shows "Resurgent Capital Services / PO Box 10587 / Greenville, SC 29603-0587" as continuation address for LVNV Funding.

Page Subtotals    0.00    380.93

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-06113 -ABG |
| Case Name: | DEIBLER, KIMBERLY A |
| | DEIBLER, PETER M |
| Taxpayer ID No: | *******5090 |
| For Period Ending: | 08/25/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1545 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,424.28 | 4,424.28 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 4,424.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,424.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,424.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6980 | 4,433.18 | 8.90 | 0.00 |
| BofA - Checking Account - ********1545 | 0.00 | 4,424.28 | 0.00 |
| | 4,433.18 | 4,433.18 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*